No. 206. MORALES, PETITIONER, *v.* LÓPEZ ACOSTA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Guayama. February 18, 1918. *Petition withdrawn.*

---

No. 211. SCHLÜTER, PETITIONER, *v.* TEXIDOR, DISTRICT JUDGE, RESPONDENT (MUÑOZ ET AL., INTERVENORS).—Certiorari. San Juan, Section 1. February 4, 1918. *Dismissed.*

---

No. 1230. PEOPLE, APPELLEE, *v.* LÓPEZ, APPELLANT.—Violation of Automobiles Act. Arecibo. February 4, 1918. *Affirmed.*

---

No. 167. HOMAR, COLÓN & CO. ET AL., PETITIONERS, *v.* SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT. — Certiorari. Ponce. February 5, 1918. *Petition withdrawn.*

---

No. 218. PEÑA, PETITIONER, *v.* CUEVAS ZEQUEIRA, DISTRICT JUDGE, RESPONDENT. — Certiorari. Humacao. February 5, 1918. *Petition denied.*

---

No. 1231. PEOPLE, APPELLEE, *v.* RUIZ, APPELLANT.—Manslaughter. Ponce. February 7, 1918. *Affirmed.*

---

No. 169. SCHLÜTER, PETITIONER, *v.* TEXIDOR, DISTRICT JUDGE, RESPONDENT.—Mandamus. San Juan, Section 1. February 7, 1918. *Dismissed.*

---

No. 22. SUCCESSION OF RIVERA, APPELLEE, *v.* HERNÁNDEZ ET AL., APPELLANTS AND PETITIONERS.—Ejectment. Approval of Statement of Case. February 8, 1918. *Statement approved.*